Confidentiality Notice: This e-mail and any attachments are confidential, for the use of the intended recipient(s) only, and are protected by legal privilege. If you are not the intended recipient, please advise the sender and immediately delete the message. If this e-mail is an attorney-client privileged communication, it should not be forwarded to any party who is neither the attorney nor the client. If the client is a business, then this e-mail should only be forwarded to other employees who have a need to know the contents of this e-mail.

IRS Circular 230 Disclosure: The IRS mandates that our Firm inform you that any U.S. federal tax advice contained herein cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting to another party any matter addressed herein.

**Chad Christiansen, AIC**
*Claims Specialist III, Casualty Litigation*
*Central Plains Claims Zone*
*One Nationwide Gateway Dept. 5574*
*Des Moines, IA 50391*
*Phone: (800) 532-1212 Ext. 5088182 Fax: (800)363-8904*



**Chad Christiansen, AIC**
*Claims Specialist III, Casualty Litigation*
*Central Plains Claims Zone*
*One Nationwide Gateway Dept. 5574*
*Des Moines, IA 50391*
*Phone: (800) 532-1212 Ext. 5088182 Fax: (800)363-8904*



----- Forwarded by Chad A Christiansen/Nationwide/NWIE on 05/12/2014 08:14 AM -----

From: "Robert Pedroli, Jr." <bobpedrolijr@gmail.com>
To: CHRISC15@nationwide.com
Date: 05/09/2014 03:24 PM
Subject: Re: Tyler Simpson UIM claim 149604

I just sent an extensive fax to you. These cases that I cited dealt with the issue of whether the tortfeasor was underinsured as defined under the policy. Because of ambiguities these cases support our position. Please reply on the issue of whether there is an additional $100,000.00 in UIM coverage after the settlement of $100,000.00. Ergo, if he has a $200,000.00 injury he has the UIM limits available as per the cases.

Please provide the official reply. Also, isn't Allied following the holding in the Fanning case which would allow the availability of the UIM coverage. Thank you.

Kindest regards:
**Robert H. Pedroli, Jr.**
Attorney at Law
Pedroli & Gauthier LLC
mylegalworld.com
mylegalworld@sbcglobal.net
7777 Bonhomme Avenue



EXHIBIT 1